UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNELL F. MILLER,

    Petitioner,

vs.                                Case No. 3:05-cv-1230-J-12HTS

JAMES V. CROSBY, et al.,

    Respondents.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On December 13, 2005, the Court ordered Petitioner to pay the $5.00 filing fee. Further, the Court notified Petitioner that failure to tender the appropriate amount of payment or failure to explain non-compliance within thirty days of the order would result in the dismissal of this action without further notice. As of the date of this Order, there has been no response from Petitioner.

Therefore, it is now

**ADJUDGED:**

1. This case is **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 25TH day of January, 2006.

                                                  Howell W. Melton
                                             UNITED STATES DISTRICT JUDGE

ps 1/20
c:
Donnell F. Miller