UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNELL F. MILLER,

       Petitioner,

vs.                           Case No. 3:05-cv-1230-J-12HTS

JAMES V. CROSBY, et al.,

       Respondents.
_____

### ORDER

1. Petitioner's February 8, 2006, Motion for Reconsideration (Doc. #9) is **DENIED** because the docket reflects that the Clerk mailed a copy of the Court's December 13, 2005, Order (Doc. #5) to the Petitioner on December 13, 2005.

2. Petitioner's February 8, 2006, Motion for Leave to Refile Petition Under 28 U.S.C. Section 2254 for Writ of Habeas Corpus (Doc. #9) is **GRANTED**. Accordingly, the **Clerk** shall file the petition received February 8, 2006, as a new case and place the two service copies of that petition in the new case file. Petitioner shall have thirty days from the date the new case is filed in which to pay the $5.00 filing fee or file a request to proceed as a pauper.

**DONE AND ORDERED** at Jacksonville, Florida, this 16TH day of February, 2006.

                                                          Howell W. Melton
                                           UNITED STATES DISTRICT JUDGE

ps 2/13
c:
Donnell F. Miller